**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 23-6312**

DAQUAN L. TYLER,

            Plaintiff - Appellant,

    v.

DENISE GELSINGER, Former Warden; TODD FAITH, Security Chief; STACEY KRETZER, Hagerstown RCI Finance-Business Office Director/Supervisor; THE STATE OF MARYLAND; WAYNE HILL, Commissioner of Corrections; STEPHEN T. MOYER, 2018 Secretary, Department of Public Safety and Correctional Services,

            Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Baltimore. Deborah Lynn Boardman, District Judge.  (1:21-cv-02777-DLB)

Submitted:  January 29, 2024                    Decided:  February 27, 2024

Before AGEE and RICHARDSON, Circuit Judges, and KEENAN, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Daquan L. Tyler, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Daquan L. Tyler appeals the district court's order denying relief on his 42 U.S.C. § 1983 complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Tyler v. Gelsinger*, No. 1:21-cv-02777-DLB (D. Md. Feb. 23, 2023); *see Christopher v. Harbury,* 536 U.S. 403, 415 (2002) (holding that, in suit raising denial of access to courts, "the underlying cause of action, whether anticipated or lost, is an element that must be described in the complaint" and the complaint must "identify a remedy . . . not otherwise available in some suit that may yet be brought"). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
